FREDA MULLICK, Appellant, v. FREDERICK COOK MACDONNELL, as Executor, etc., of BARBARA COOK, Deceased, Respondent.— Order affirmed, with ten dollars cost and disbursements. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy, and Martin, JJ.

JOSEPH H. APPELGATE, Respondent, v. MACFADDEN NEWSPAPER PUBLISHING CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

RICHARD H. HOFFMANN, Respondent, v. JANET B. HOFFMANN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent stated in order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of ISRAEL SILBERMAN, Respondent, for a Peremptory or Alternative Order Directing the PAYSON VARNISH Co., INC., and Others, Appellants, to Permit an Inspection of All the Books and Records of the PAYSON VARNISH Co., INC.— Order of September 1, 1925, modified by striking out so much thereof as permits an examination of any list of customers of the corporation, and as so modified affirmed, without costs. No opinion. Order of October 8, 1925, dismissed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., and Martin, J., dissent.

SOL BALLIN and Others, Copartners, etc., Appellants, v. 1095 PARK AVENUE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE R. CROSSLEY, Respondent, v. ARTHUR H. LAMBORN and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HAROLD D. GREENWALD, Respondent, v. GOTHAM SILK HOSIERY Co., INC., Appellant.— Order modified by striking from the paragraphs marked " 1a," " 2a," " 3a " and " 4a," the words " date of the examination of the defendant," and inserting in lieu thereof the words " date of the expiration of the original contract," and as so modified affirmed, with ten dollars costs and disbursements to the respondent. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NINETEEN JOHN STREET CORPORATION and Another, Respondents, v. GOTHAM SHOPS, INC., and Another, Appellants, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.